UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRO BERNAL MARTINEZ,
Petitioner,
v.
ROBERT BONNER,
Respondent.

Case No. 5:26-cv-02992-JFW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 1, 2, 3, and 5 of the Petition are granted and Ground 4 is dismissed as moot.

DATED: August 19, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE